# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**LORETTA PEOPLES**                                                                                               **PLAINTIFF**

V.                              **CASE NO.: 3:10CV00268-BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                      **DEFENDANT**

## ORDER

For good cause shown, Plaintiff's unopposed motion for extension of time to file her brief (docket entry #11) is GRANTED.  The time is extended to, and including, April 4, 2011.  Defendant's brief is due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 8th day of March 2011.

_____
UNITED STATES MAGISTRATE JUDGE