**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**LORETTA PEOPLES**                                                              **PLAINTIFF**

**V.**                            **CASE NO.: 3:10CV00268-BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                               **DEFENDANT**

### ORDER

Defendant's Motion to Withdraw Counsel (docket entry #17) is GRANTED.

Scott T. Morris, Special Assistant United States Attorney (SAUSA), is hereby relieved

as counsel for Defendant.  Martin W. Long, SAUSA, has entered his appearance as

counsel for the Defendant in this case (#16).

IT IS SO ORDERED this 12th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE