IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LORETTA PEOPLES**  **PLAINTIFF**

V.   **CASE NO.: 3:10CV00268 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**  **DEFENDANT**

## JUDGMENT

The decision of Michael J. Astrue, Commissioner, Social Security Administration, is reversed and remanded for action consistent with the opinion in this case, and judgment is entered in favor of Loretta Peoples. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 31st day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE